

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-10-00424-CV

RONALD PALMER                                                                 APPELLANT

V.

NAKAYSONE JULIE PALMER                                                        APPELLEE

------------

FROM THE 367TH DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

Appellant filed a timely notice of appeal from the trial court's November 12, 2010 "Order On Petition For Enforcement Of Spousal Maintenance." The trial court subsequently signed an "Order To Rescind" on November 22, 2010, while it still had plenary jurisdiction over the case.

On December 7, 2010, we informed the parties that it appeared the trial court's rescinding order rendered this appeal moot and that the appeal would be

---

[1]*See* Tex. R. App. P. 47.4.

dismissed as moot unless, on or before Friday, December 17, 2010, any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. Neither party filed a response.

Accordingly, on this court's own motion, we dismiss the appeal as moot. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: January 13, 2011